

# IN THE
# TENTH COURT OF APPEALS

### No. 10-11-00183-CR

**JOHNNY RAY BURNES,**

                                        **Appellant**

 v.

**THE STATE OF TEXAS,**

                                        **Appellee**

### From the 272nd District Court
### Brazos County, Texas
### Trial Court No. 10-01846-CRF-272

## MEMORANDUM OPINION

Johnny Ray Burnes appealed his criminal conviction. Burnes no longer wishes to pursue his appeal and has filed a motion to withdraw his notice of appeal. Burnes personally signed the motion.

Accordingly, the appeal is dismissed. *See* TEX. R. APP. P. 42.2(a).

                                       TOM GRAY
                                       Chief Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Appeal dismissed
Opinion delivered and filed July 6, 2011
Do not publish
[CR25]